IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv–00833-PAB

TESHA SCOTT,

    Plaintiff,

v.

HOME INSTEAD, INC. and
MAGUIRE SENIOR SERVICES, INC., d/b/a Home Instead Senior Care #365,

    Defendants.

## NOTICE TO PARTIES

This matter is before me on review of the complaint.  In recent years, one of my family members has used the services of Home Instead in Cheyenne, Wyoming.  As a result, I have met a number of Cheyenne Home Instead employees and have talked to persons who manage the Cheyenne office of Home Instead.  Those contacts may continue in the future.  Although this case does not involve the Cheyenne Home Instead office, plaintiffs appear to name the corporate headquarters of Home Instead, which may franchise the Cheyenne office or have some connection to it.

Given this information, if one of the parties believes that it is appropriate for me to recuse myself, a motion to that effect shall be filed within 20 days of such party's appearance in this matter.

DATED March 24, 2014.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge