IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00833-PAB-KMT

TESHA SCOTT,

     Plaintiff,

v.

HOME INSTEAD, INC. and
MAGUIRE SENIOR SERVICES, INC., d/b/a Home Instead Senior Care #365,

     Defendants.

## ORDER OF RECUSAL

     This matter comes before me on the Request for Recusal [Docket No. 7] filed by plaintiff. Although the motion is bereft of any analysis, as I mentioned in the March 24, 2014 notice to the parties, I am familiar with certain employees of the Home Instead office in Cheyenne, Wyoming and generally familiar with the business practices of that office. As a result, I have knowledge of certain employment practices that Home Instead may apply in other locations, including those in Colorado. I therefore find that my impartiality might reasonably be questioned pursuant to 28 U.S.C. § 455(a). It is therefore

     ORDERED that I recuse myself from this matter. It is further

     ORDERED that the Clerk shall randomly reassign this case to another judge of this Court.

DATED April 10, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge